No. 96–6135. IN RE STILES; and

No. 96–6189. IN RE GAYDOS. Petitions for writs of mandamus denied.

No. 96–6213. IN RE BANKS; and

No. 96–6478. IN RE LYNN ET AL. Petitions for writs of mandamus and/or prohibition denied.

No. 95–1780. NEBRASKA v. REEDER. Sup. Ct. Neb. Certiorari denied.

No. 95–1951. JOHNSON v. SHEAHAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 95–1994. MACIAS-MUNOZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–2062. MULTNOMAH COUNTY ET AL. v. PIERCE. C. A. 9th Cir. Certiorari denied.

No. 95–9363. LAFAVE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–61. NOVAK v. VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 96–141. HATCH v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 96–167. CITY OF CHICAGO v. EVANS ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–288. DIDOMENICO ET AL. v. UNITED STATES; and

No. 96–294. MARINO v. UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 78 F. 3d 294.

No. 96–296. C & D CHARTER POWER SYSTEMS, INC. v. NATIONAL LABOR RELATIONS BOARD. C. A. D. C. Cir. Certiorari denied.

No. 96–298. SOSA ET AL. v. ALVAREZ-MACHAIN. C. A. 9th Cir. Certiorari denied.